IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 1 0 2000

DAVID J. MALAND, CLERK
BY
DEPUTY

| | |
|---|---|
| (1) TRACY DARROW, INDIVIDUALLY AND | § |
| AS INDEPENDENT ADMINISTRATOR OF | § |
| THE ESTATE OF BETSY BOATNER, | § |
| (2) COY BOATNER, (3) THOMAS CROOKS, | § |
| (4) SHELLEY MATHERS, AND | § |
| (5) RONNIE WILLIAMS | § |
| **Plaintiffs,** | § |
| vs. | § |
| | § |
| (1) CIGNA CORPORATION, | § |
| (2) CIGNA HEALTHCARE OF TEXAS, INC., | § |
| (3) DIAGNOSTIC SOLUTIONS CORP., | § |
| (4) INSIGHT HEALTH SERVICES CORP., AND | § |
| (5) MAXUM HEALTH SERVICES CORP. | § |
| | § |
| **Defendants.** | § |

CIVIL ACTION NO. 6:00-CV-127
JURY

## ORDER

On this _10th_ day of _April_, 2000, there was presented to the Court Plaintiffs'

Motion for Leave to File Reply to Cigna Defendants' Response and Brief in Opposition to

Plaintiffs' Motion to Remand, and from an examination of said motion, the response thereto, and

the arguments of counsel, if any, the Court hereby finds that said Motion is well taken and

should be in all things **GRANTED.**

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiffs'

Motion For Leave to File Reply is hereby granted.

**IT IS SO ORDERED.**

HONORABLE JUDGE PRESIDING