IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| (1) TRACY DARROW, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF BETSY BOATNER, (2) COY BOATNER, (3) THOMAS CROOKS, (4) SHELLEY MATHERS, AND (5) RONNIE WILLIAMS<br>Plaintiffs,<br><br>vs.<br><br>(1) CIGNA CORPORATION,<br>(2) CIGNA HEALTHCARE OF TEXAS, INC.,<br>(3) DIAGNOSTIC SOLUTIONS CORP.,<br>(4) INSIGHT HEALTH SERVICES CORP., AND<br>(5) MAXUM HEALTH SERVICES CORP.<br>Defendants. | CIVIL ACTION NO. 6:00-CV-127<br>JURY |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APR 11 2000
DAVID J. MALAND, CLERK
BY DEPUTY

## ORDER

On this 11th day of April, 2000, there was presented to the Court Plaintiffs' Motion for Leave to File Surreplies with Respect to the Cigna Defendants' Motion to Dismiss Based on ERISA Preemption and Motion to Dismiss for Lack of Personal Jurisdiction, and from an examination of said motion, the response thereto, and the arguments of counsel, if any, the Court hereby finds that said Motion is well taken and should be in all things **GRANTED.**

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motion For Leave to File Surreplies is hereby granted.

**IT IS SO ORDERED.**

_T. John Ward_
HONORABLE JUDGE PRESIDING